LAW OFFICE OF CYNTHIA V. ECUBE, ESQ.
*A Professional Corporation*
207 Martyr Street, Suite 3
Hagåtña, Guam 96910
Telephone: (671) 472-8889/922-8889
Telecopier: (671) 472-8889
Email address: ecubelaw@netpci.com

*Attorney for Defendant*
**ERNESTO DIZON** *aka* **ROMEL**

UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NOS. CR-04-00021 |
| Plaintiff, ) | |
| vs. ) | MOTION TO WITHDRAW AS COUNSEL; MEMORANDUM OF LAW AND CERTIFICATE OF SERVICE |
| ERNESTO DIZON, ) *aka* ROMEL ) | |
| Defendant. ) | |

### A. MOTION TO WITHDRAW AS COUNSEL

COMES NOW, the Defendant, **ERNESTO DIZON**, *aka* **ROMEL**, by and through counsel of record, **CYNTHIA V. ECUBE, ESQ.**, and moves this Honorable Court for Leave permitting **CYNTHIA V. ECUBE, ESQ**, and the Law Office of Cynthia V. Ecube, to withdraw from further representation of Defendant. This Motion is based upon the attached Memorandum of Law and Declaration of Counsel in support of this Motion, and for good cause shown, as provided in the Model Rules of Professional Responsibility.

Dated this 31st day of August, 2005.

/ / /

/ / /

/ / /

CVE/gpm
L:\CLIENTS\CVE-CLIENTS\Dizon, Ernesto aka Romel\Mtn to Withdraw 2.083105

LAW OFFICE OF CYNTHIA V. ECUBE, ESQ.
A Professional Corporation

By: *[signature]*
CYNTHIA V. ECUBE, ESQ.
Attorney for Defendant

### B.   MEMORANDUM OF LAW:

Pursuant to the Model Rules of Professional Responsibility governing representation between an attorney and client, the undersigned hereby moves this Honorable Court for leave to withdraw as counsel on behalf of Defendant.

The justification for the request to withdraw is based on Defense counsel's assertion that there has been a serious and irretrievable breakdown in the Attorney-Client relationship. See Declaration of Cynthia V. Ecube.

Based upon the foregoing Motion and the Declaration of Counsel, good cause exists permitting the undersigned to withdraw as counsel of record, herein.

Dated this 31st day of August, 2005.

LAW OFFICE OF CYNTHIA V. ECUBE, ESQ.
A Professional Corporation

By: *[signature]*
CYNTHIA V. ECUBE, ESQ.
Attorney for Defendant

## CERTIFICATE OF SERVICE

I, Genevieve P. Mesa, Legal Secretary for the Law Office of Cynthia V. Ecube, Esq., P.C., hereby certify that on the 31st day of August, 2005, I caused to be served by facsimile and personal service a copy of the "Motion to Withdraw as Counsel" in Criminal Case No. **CR-04-00021**, to:

**MARIVIC DAVID,** Esq.
Assistant U. S. Attorney
U. S. Attorney's Office
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
(671) 472-7334

_____
Legal Secretary