LAW OFFICE OF CYNTHIA V. ECUBE, ESQ.
*A Professional Corporation*
207 Martyr Street, Suite 3
Hagåtña, Guam 96910
Telephone: (671) 472-8889/922-8889
Telecopier: (671) 472-8889
Email address: ecubelaw@netpci.com

*Attorney for Defendant*
**ERNESTO DIZON**
*aka* **ROMEL**

FILED
DISTRICT COURT OF GUAM
AUG 3 1 2005
MARY L.M. MORAN
CLERK OF COURT

# UNITED STATES DISTRICT COURT

## DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　*Plaintiff,*<br><br>vs.<br><br>ERNESTO DIZON,<br>*aka* ROMEL<br><br>　　　　*Defendant.* | CRIMINAL CASE NOS. CR-04-00021<br><br>DECLARATION OF COUNSEL IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT |

**I, CYNTHIA V. ECUBE, ESQ.**, hereby depose and state as follows:

1. I am the Court-appointed Attorney of Record on behalf of Defendant in the above-entitled criminal matter pending in the District Court of Guam;

2. I make these statements based upon personal knowledge, except for those matters based upon information and belief, and if called to testify, could competently testify thereto;

3. That throughout the course of my representation of the Defendant in these proceedings, there has now been a serious breakdown in the attorney-client relationship.

4. That as a result of my last telephone discussion with my client on or about August 17, 2005, there has been a serious breakdown in the Attorney-Client relationship between the Defendant and myself regarding my efforts to assist Defendant with in his post-sentencing release

CVE/gpm
L:\CLIENTS\CVE-CLIENTS\Dizon, Ernesto aka Romel\Declaration of Counsel 8.30.05
Case 1:04-cr-00048　Document 60　Filed 08/31/2005　Page 1 of 2

and therefore, I am requesting that the Court grant the undersigned's Motion to Withdraw because the relationship is irretrievably broken;

5. That based on the foregoing, the undersigned counsel respectfully requests that the Court appoint new counsel on behalf of Defendant, herein.

Dated this 30th day of August, 2005.

LAW OFFICE OF CYNTHIA V. ECUBE, ESQ.
A Professional Corporation

By: _____
CYNTHIA V. ECUBE, ESQ.
Attorney for Defendant