LAW OFFICE OF CYNTHIA V. ECUBE, ESQ.
*A Professional Corporation*
207 Martyr Street, Suite 3
Hagåtña, Guam 96910
Telephone: (671) 472-8889/922-8889
Telecopier: (671) 472-8889
Email address: ecubelaw@netpci.com

*Attorney for Defendant*
ERNESTO DIZON *aka* ROMEL

UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ERNESTO DIZON *aka* ROMEL, ) <br> ) <br> Defendant. ) | CRIMINAL CASE NOS. CR-04-00021 <br><br> NOTICE OF MOTION TO <br> WITHDRAW AS COUNSEL |

TO: MARIVIC P. DAVID, ESQ.
Assistant United States Attorney
Sirena Plaza
108 Hernan Cortez, Suite 500
Hagåtña, Guam 96910

**PLEASE TAKE NOTICE** that the following Motion for Leave to Withdraw as Counsel for Defendant will be heard before the Honorable Joaquin V.E. Manibusan, Jr in the Courtroom at the United States Courthouse, 520 West Soledad Avenue, Hagåtña, Guam, on September 27, 2005, at 10:00 A. M., or as soon as counsel may be heard.

Respected submitted this 31th day of August, 2005.

LAW OFFICE OF CYNTHIA V. ECUBE, ESQ.
*A Professional Corporation*

By: _____
CYNTHIA V. ECUBE, ESQ.

CVE/gpm