IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES



**FILED**
DISTRICT COURT OF GUAM
SEP 27 2005
MARY L.M. MORAN
CLERK OF COURT

**CASE NO. CR-04-00048-003**   **DATE: 09/27/2005**

HON. JOAQUIN V. E. MANIBUSAN JR., Magistrate Judge   Law Clerk: Judith Hattori
Court Recorder & Courtroom Deputy: Virginia T. Kilgore
**Hearing Electronically Recorded: 10:24:41 - 10:50:06**   CSO: J. Lizama

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **A P P E A R A N C E S** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**DEFT: ERNESTO DIZON aka Romel**    **ATTY: CYNTHIA V. ECUBE**
( X ) PRESENT   ( X ) CUSTODY   ( ) BOND   ( ) P.R.    ( X ) PRESENT  ( ) RETAINED  ( ) FPD  ( X ) CJA APPOINTED

U.S. ATTORNEY: MARIVIC DAVID   AGENT:

U.S. PROBATION: GRACE FLORES   U.S. MARSHAL: M. UNGACTA

INTERPRETER: _____   LANGUAGE: _____

**PROCEEDINGS:**

## MOTION TO WITHDRAW AS ATTORNEY AND STATUS HEARING

( X ) MOTION ARGUED BY   ( ) GOVERNMENT   ( X ) DEFENDANT

( X ) MOTION   _X_ Granted   ____ Denied   ____ Withdrawn   ____ Under Advisement

( ) ORDER SUBMITTED   ____ Approved   ____ Disapproved

( ) ORDER to prepared By:_____

( ) PROCEEDINGS CONTINUED TO: _____ at _____

( X ) DEFENDANT TO REMAIN IN THE CUSTODY OF THE U.S. MARSHAL

**NOTES:**

Defense counsel stated that because communication has ceased with her client she believed it would be prudent for the Court to appoint new counsel. She further stated that new counsel may be able to look at other avenues of assisting the defendant in regards to his release. Government counsel had no objection to the motion. The Court granted the motion for the reasons as set forth on the record and appointed G. Patrick Civille to represent the defendant. No other written order will be forthcoming.

### (STATUS HEARING)

The Court set sentencing for January 10, 2006 at 9:00 a.m. Deadlines for submission of the presentence report are as follows:

- Presentence report due to parties: November 21, 2005
- Response due: December 5, 2005
- Final presentence report and recommendation to the Court and parties due: December 19, 2005