# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| USA,<br><br>          Plaintiff,<br><br>   vs.<br><br>Ernesto Dizon aka Romel,<br><br>          Defendant. | Case No. 1:04-cr-00048<br><br><br>**CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the *Minute Entry - Motion to Withdraw as Attorney and Status Hearing filed September 27, 2005,* on the dates indicated below:

*U.S. Probation Office*                   *G. Patrick Civille*
*September 27, 2005*                    *September 28, 2005*

I, Leilani R. Toves Hernandez, declare under the penalty of perjury that on the above listed date(s) the:

*Minute Entry - Motion to Withdraw as Attorney and Status Hearing filed September 27, 2005*

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: October 7, 2005                               /s/ Leilani R. Toves Hernandez
                                                                          Deputy Clerk