# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| USA, <br><br> Plaintiff, <br><br> vs. <br><br> Ernesto Dizon aka Romel, <br><br> Defendant. | Case No. 1:04-cr-00048 <br><br><br><br> **CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the *Notice of Entry re Minute Entry filed October 7, 2005*, on the dates indicated below:

*G. Patrick Civille*  *U.S. Probation Office*
*October 7, 2005*  *October 7, 2005*

I, Leilani R. Toves Hernandez, declare under the penalty of perjury that on the above listed date(s) the:

*Notice of Entry re Minute Entry filed October 7, 2005*

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: October 11, 2005  /s/ Leilani R. Toves Hernandez
  Deputy Clerk