

**FILED**
DISTRICT COURT OF GUAM
DEC 29 2005
MARY L.M. MORAN
CLERK OF COURT

**CIVILLE & TANG, PLLC**
330 HERNAN CORTEZ AVENUE, SUITE 200
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 472-8868/69
FACSIMILE: (671) 477-2511

*Attorneys for Defendant Ernesto Dizon aka Romel*

## IN THE UNITED STATES DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. CR04-00048 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **STIPULATION TO CONTINUE** |
| ) | **SENTENCING** |
| ERNESTO DIZON, aka ROMEL, ) | |
| ) | |
| Defendant. ) | |

The parties hereby stipulate that the sentencing herein, currently scheduled for Tuesday, January 10, 2006, shall be continued for a period of thirty (30) days.

**LEONARDO M. RAPADAS**
United States Attorney
Districts of Guam and NMI

Date: December ___, 2005   By: _____
**MARIVIC P. DAVID**
Assistant U.S. Attorney
*Attorneys for Plaintiff*

**CIVILLE & TANG, PLLC**

Date: December 29, 2005   By: _____
**G. PATRICK CIVILLE**
*Attorneys for Defendant*

ORIGINAL