

**FILED**
DISTRICT COURT OF GUAM
DEC 30 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 04-00048 |
| Plaintiff, ) | |
| vs. ) | |
| ERNESTO DIZON, aka ROMEL ) | **ORDER** |
| Defendant. ) | |

On December 29, 2005, the parties stipulated to continue the sentencing, then set for January 10, 2006, for a period of thirty (30) days. (Stipulation, Docket No. 73.) The Court notes the Defendant pleaded guilty on December 23, 2004, and since then his status hearings/sentencing has been continued three separate times. The present stipulation is the fourth request for continuance. While the Court acknowledges that defendants often cooperate in the hopes of obtaining a lighter sentence, the Court also recognizes that the public also has an interest in the speedy disposition of criminal cases, which includes sentencing. The Court believes that the Defendant has had an ample opportunity to provide assistance to the government, and accordingly, denies the request for a further 30-day continuance of the matter. However, the Court will reschedule the sentencing from January 10, 2006 to Thursday, January 19, 2006 at 10:00 a.m. All previous deadlines imposed with respect to the presentence report remain in full force and effect.

SO ORDERED this 30th day of December 2005.

**ORIGINAL**

JOAQUIN V.E. MANIBUSAN, JR.
United States Magistrate Judge