LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334
Attorneys for United States of America

**ORIGINAL**

**FILED**
DISTRICT COURT OF GUAM
JAN 18 2006
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br><br><br>ERNESTO F. DIZON,<br><br>Defendant. | CRIMINAL CASE NO. 04-00048<br><br>**GOVERNMENT'S MOTION FOR A DOWNWARD DEPARTURE UNDER USSG § 5K1.1 AND 18 U.S.C. § 3553(e)** |

Comes now the United States and moves, pursuant to USSG § 5K1.1 and 18 U.S.C. § 3553(e), for a downward departure from the applicable total offense level of Level 29 to Level 27, which will yield an advisory guideline range of 70 to 87 months with Criminal History Category I. The government intends to recommend the minimum term under said range, and the reasons for such recommendation are set forth in a memorandum.

RESPECTFULLY SUBMITTED this _18th_ day of January 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and CNMI

By: _____
MARIVIC P. DAVID
Assistant U.S. Attorney