ORIGINAL

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM
JAN 1 8 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 04-00048 |
| Plaintiff, | |
| vs. | **GOVERNMENT'S SENTENCING MEMORANDUM** |
| ERNESTO F. DIZON, | |
| Defendant. | |

The United States moves for a downward departure from Level 29 to Level 27 based on the substantial assistance defendant provided to agents with the U.S. Immigration and Customs Enforcement. The defendant provided significant information in the investigation of his associate who primarily arranged the drug smuggling trips to the Philippines. The defendant has completely provided information about all other drug and other unlawful-related activities he is aware of to law enforcement agents since the entry of his guilty plea in December 2004.

//

//

For these reasons, a downward departure to Level 27, which yields a range of 70 months to 87 months under Criminal History Category I is appropriate.

RESPECTFULLY SUBMITTED this ____ day of January 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and CNMI

By: _____
MARIVIC P. DAVID
Assistant U.S. Attorney

2