CIVILLE & TANG, PLLC
330 HERNAN CORTEZ AVENUE, SUITE 200
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 472-8868/69
FACSIMILE: (671) 477-2511

*Attorneys for Defendant*
*Ernesto Dizon aka Romel*

**FILED**
DISTRICT COURT OF GUAM
FEB -2 2006
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 04-00048 |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER GRANTING** |
| vs. ) | **MOTION TO WITHDRAW** |
| ) | |
| ERNESTO DIZON, aka ROMEL, ) | |
| ) | |
| Defendant. ) | |

For good cause shown,

IT IS HEREBY ORDERED that G. Patrick Civille's Motion to Withdraw as counsel for Defendant is hereby granted. The Court hereby appoints Samuel S. Teker as appellate counsel for the Defendant.

SO ORDERED this 2nd day of February 2006.

JOAQUIN V. E. MANIBUSAN, JR.
MAGISTRATE JUDGE

**ORIGINAL**