

**FILED**
DISTRICT COURT OF GUAM
FEB - 6 2006
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 04-00048-003 |
| Plaintiff-Appellee, | **NOTICE OF APPEAL** |
| vs | |
| ERNESTO DIZON aka ROMEL, | |
| Defendant-Appellant. | |

Pursuant to an Court Order filed January 19, 2006, the District Court of Guam Clerk's Office hereby files a Notice of Appeal on behalf of Ernesto Dizon aka Romel, the defendant in the above-named case to the United States Court of Appeals for the Ninth Circuit. The defendant appeals his final judgment of conviction and the otherwise final sentence and each of them entered in this action on the 19th day of January, 2006.

Dated this 6th day of February, 2006.

_____
ERNESTO DIZON aka ROMEL
Defendant