| AO435 (Rev. 1/90) | ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS  TRANSCRIPT ORDER | | FOR COURT USE ONLY  DUE DATE: | |
|---|---|---|---|---|
| Read Instructions on Back. | | | | |
| 1. NAME  Ernesto Dizon aka Romel | 2. PHONE NUMBER  (671) 477-9891 | 3. DATE  February 6, 2006 | | |
| 4. MAILING ADDRESS c/o Samuel S. Teker  130 Aspinall Avenue, Suite 2A | 5. CITY  Hagatna | 6. STATE  Guam | 7. ZIP CODE  96910 | |
| 8. CASE NUMBER  CR-04-00048-003 | 9. JUDICIAL OFFICIAL  Molloy | DATES OF PROCEEDINGS | | |
| | | 10. FROM 1-19-2006 | 11. TO 1-19-2006 | |
| 12. CASE NAME  USA VS DIZON | | LOCATION OF PROCEEDINGS | | |
| | | 13. CITY AGANA | 14. STATE GUAM | |

15. ORDER FOR
☒ APPEAL   ☒ CRIMINAL   ☒ CRIMINAL JUSTICE ACT   ☐ BANKRUPTCY
☐ NON-APPEAL   ☐ CIVIL   ☐ IN FORMA PAUPERIS   ☐ OTHER (Specify)

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify Witness) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING (Spcy) | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☐ OTHER (Specify) | |
| ☒ SENTENCING | 1-19-2006 | | |
| ☐ BAIL HEARING | | | |

**FILED**
DISTRICT COURT OF GUAM
FEB 24 2006
MARY L.M. MORAN
CLERK OF COURT

17. ORDER

| CATEGORY | ORIGINAL (Includes Free Copy for the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | ☒ | ☐ | NO. OF COPIES | | |
| EXPEDITED | ☐ | ☐ | NO. OF COPIES | | |
| DAILY | ☐ | ☐ | NO. OF COPIES | | |
| HOURLY | ☐ | ☐ | NO. OF COPIES | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).

18. SIGNATURE [signature]
19. DATE 2-24-06

ESTIMATE TOTAL
PROCESSED BY
PHONE NUMBER

TRANSCRIPT TO BE PREPARED BY

COURT ADDRESS

| ORDER RECEIVED | DATE 2/24/06 | BY RSI |
| DEPOSIT PAID | | DEPOSIT PAID |
| TRANSCRIPT ORDERED | | TOTAL CHARGES |
| TRANSCRIPT RECEIVED | | LESS DEPOSIT |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | TOTAL REFUNDED |
| PARTY RECEIVED TRANSCRIPT | | TOTAL DUE |

(Previous editions of this form may still be used)   ORIGINAL - COURT COPY   YELLOW - TRANSCRIPTION COPY   GREEN - ORDER RECEIPT   PINK - ORDER COPY