# CJA 24 AUTHORIZATION AND VOUCHER FOR PAYMENT OF TRANSCRIPT

| 1. CIR./DIST./DIV. CODE | 2. PERSON REPRESENTED | VOUCHER NUMBER |
|---|---|---|
| GUX | DIZON, ERNESTO aka ROMEL | |

| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER | 5. APPEALS DKT./DEF. NUMBER | 6. OTHER DKT. NUMBER |
|---|---|---|---|
| 1:04-000021-001 | 1:04-000048-003 | | |

| 7. IN CASE/MATTER OF (Case Name) | 8. PAYMENT CATEGORY | 9. TYPE PERSON REPRESENTED | 10. REPRESENTATION TYPE (See Instructions) |
|---|---|---|---|
| U.S. v. DIZON | | Appellant | Other |

**11. OFFENSE(S) CHARGED** (Cite U.S. Code, Title & Section)   If more than one offense, list (up to five) major offenses charged, according to severity of offense.

**12.**   PROCEEDING IN WHICH TRANSCRIPT IS TO BE USED   (Describe briefly)

FILED
DISTRICT COURT OF GUAM

**13.**   PROCEEDING TO BE TRANSCRIBED   (Describe specifically). NOTE: The trial transcripts are not to include prosecution opening statement, defense opening statement, prosecution argument, defense argument, prosecution rebuttal, voir dire or jury instructions, unless specifically authorized by the Court

MAR 2 2006

MARY L.M. MORAN
CLERK OF COURT

**14.**   SPECIAL AUTHORIZATIONS (Services Other Than Ordinary)

A. Apportioned Cost _____ % of transcript with (Give case name and defendant)

B. ☐ Expedited   ☐ Daily   ☐ Hourly Transcript   ☐ Real Time Unedited Transcript

C. ☐ Prosecution Opening Statement   ☐ Prosecution Argument   ☐ Prosecution Rebuttal
   ☐ Defense Opening Statement   ☐ Defense Argument   ☐ Voir Dire   ☐ Jury Instructions

D. In this multi-defendant case, commercial duplication of transcripts will impede the delivery of accelerated transcript services to persons proceeding under the Criminal Justice Act.

| 15. ATTORNEY'S STATEMENT | 16. COURT ORDER |
|---|---|
| As the attorney for the person represented who is named above, I hereby affirm that the transcript requested is necessary for adequate representation. I, therefore, request authorization to obtain the transcript services at the expense of the United States pursuant to the Criminal Justice Act. | Financial eligibility of the person represented having been established to the court's satisfaction, the authorization requested in Item 15 is hereby granted. |
| _____    _____ Signature of Attorney                    Date | _____ Signature of Presiding Judicial Officer or By Order of the Court |
| _____ Printed Name | _____    _____ Date of Order                Nunc Pro Tunc Date |
| Telephone Number: _____ | |
| ☐ Panel Attorney  ☐ Retained Atty  ☐ Pro-Se  ☐ Legal Organization | |

| 17. COURT REPORTER/TRANSCRIBER STATUS ☐ Official  ☐ Contract  ☐ Transcriber  ☐ Other | 18. PAYEE'S NAME (First Name, M.I., Last Name, including any suffix,) AND MAILING ADDRESS |
|---|---|
| **19.** SOCIAL SECURITY NUMBER OR EMPLOYER ID OF PAYEE | |
| | Telephone Number: _____ |

| 20. TRANSCRIPT | Include Page Numbers | No. of Pages | Rate Per Page | Sub-Total | Less Amount Apportioned | Total |
|---|---|---|---|---|---|---|
| Original | | | | | | |
| Copy | | | | | | |
| Expenses (itemize): | | | | | | |
| | | | | TOTAL AMOUNT CLAIMED: | | |

**21.**   CLAIMANT'S CERTIFICATION OF SERVICE PROVIDED

I hereby certify that the above claim is for services rendered and is correct, and that I have not sought or received payment (compensation or anything of value) from any other source for these services.

Signature of Claimant/Payee: _____    Date: _____

**22.**   CERTIFICATION OF ATTORNEY OR CLERK   I hereby certify that the services were rendered and that the transcript was received.

_____    _____
Signature of Attorney or Clerk                Date

| 23. APPROVED FOR PAYMENT | 24. AMOUNT APPROVED |
|---|---|
| _____    _____ Signature of Judicial Officer or Clerk                Date | |