# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

|  |  |
|---|---|
| USA,<br><br>Plaintiff,<br><br>vs.<br><br>Ernesto Dizon aka Romel,<br><br>Defendant. | Case No. 1:04-cr-00048-003<br><br><br><br>**CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the *CJA 20 Voucher and CJA 24 Voucher filed March 2, 2006,* on the dates indicated below:

*Samuel S. Teker*
*March 7, 2006*

I, Leilani R. Toves Hernandez, declare under the penalty of perjury that on the above listed date(s) the:

*CJA 20 Voucher and CJA 24 Voucher filed March 2, 2006*

were served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: March 7, 2006                              /s/ Leilani R. Toves Hernandez
                                                                Deputy Clerk