

**FILED**
DISTRICT COURT OF GUAM
MAR 21 2006
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM
TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ERNESTO DIZON a.k.a. ROMEL,<br><br>Defendant. | Criminal Case No. 04-00048<br><br><br><br>REPORT & RECOMMENDATION |

On March 10, 2006, the Ninth Circuit Court of Appeals remanded this case back to the district court for the limited purpose of providing the Defendant notice and an opportunity to request that the time for filing the notice of appeal be extended for a period not to exceed 30 days from the expiration of the time for filing a notice of appeal based on a showing of excusable neglect.

On January 19, 2006, the Defendant was sentenced to a 72-month imprisonment term. The sentencing judge directed the Clerk of Court to file a notice of appeal on behalf of the Defendant because his present counsel requested to be discharged based on the Defendant's concerns with his counsel's representation.[1] The Judgment was later entered that same day.

---

[1] The sentencing judge referred the counsel's request to be discharged to the below-signed Magistrate Judge. On January 31, 2006, a motion to withdraw was filed by then defense counsel. On February 2, 2006, the Court granted the motion and appointed new counsel to represent the Defendant on appeal.

**ORIGINAL**

However, due to clerical error, a notice of appeal was not filed by the Court until February 6, 2006.

The Court recognizes that clerical error has generally been held not to constitute "excusable neglect" under Fed. R. App. P. 4(b)(4). However, "[b]ecause of the special importance of providing criminal defendants an opportunity to appeal," United States v. Prairie Pharmacy, Inc., 921 F.2d 211, 213 (9th Cir. 1990), the error by the Clerk's Office should not be held against the Defendant. Accordingly, pursuant to Fed. R. App. P. 4(b)(4), the Court requests the District Judge find good cause for extending the time for filing a notice of appeal such that the notice of appeal filed on February 6, 2006, will be considered timely filed.

DATED this 21st day of March 2006.

JOAQUIN V.E. MANIBUSAN, JR.
Magistrate Judge