# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| USA, <br><br> Plaintiff, <br><br> vs. <br><br> Ernesto Dizon aka Romel, <br><br> Defendant. | Case No. 1:04-cr-00048-003 <br><br><br> **CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the ***Report and Recommendations filed March 21, 2006***, on the dates indicated below:

*U.S. Attorney's Office*  *Samuel Teker*
*March 22, 2006*  *March 22, 2006*

I, Leilani R. Toves Hernandez, declare under the penalty of perjury that on the above listed date(s) the:

***Report and Recommendations filed March 21, 2006***

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: March 22, 2006  /s/ Leilani R. Toves Hernandez
  Deputy Clerk