```
                                              FILED
                                      DISTRICT COURT OF GUAM
         DISTRICT COURT OF GUAM            APR -5 2006
           TERRITORY OF GUAM            MARY L.M. MORAN
                                         CLERK OF COURT
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR-04-00048 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| ERNESTO DIZON a/k/a ROMEL, | ) | |
| | ) | |
| Defendant. | ) | |

　　Due to a clerical error, Defendant's appeal was not entered as ordered following the January 19, 2006 Judgment. The Court noted the mistake and belatedly filed the appeal on February 6, 2006. Notably, Defendant was without counsel throughout most of this interim time period. Defendant is entitled to appeal the Judgment and indeed, had been told the Court would file his appeal.

　　Accordingly, IT IS HEREBY ORDERED that pursuant to Fed. R. App. P. 4(b)(4), the time for Defendant's appeal is extended to include the February 6, 2006 filing of appeal.

　　DATED this 4th day of April, 2006.

```
                                    _____
                                    Donald W. Molloy, Chief Judge
                                    United States District Court
```