UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| UNITED STATES OF AMERICA, | No. 06-10098 |
|---|---|
| Plaintiff - Appellee, | D.C. No. CR-04-00048-3-DWM |
| v. | |
| ERNESTO DIZON, | JUDGMENT |
| Defendant - Appellant. | |

**FILED**
DISTRICT COURT OF GUAM
DEC 15 2006
MARY L.M. MORAN
CLERK OF COURT

Appeal from the United States District Court for the District Of Guam (Hagatna).

This cause came on to be heard on the Transcript of the Record from the United States District Court for the District Of Guam (Hagatna) and was duly submitted.

On consideration whereof, it is now here ordered and adjudged by this Court, that the judgment of the said District Court in this cause be, and hereby is **AFFIRMED**.

Filed and entered 11/17/06

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

DEC 11 2006

by: /s/ Bradley Yount
Deputy Clerk