# DISTRICT COURT RECORD RETURN FORM

## U.S. COURT OF APPEALS FOR THE NINTH CIRCUIT
## 95 SEVENTH STREET
## SAN FRANCISCO, CALIFORNIA 94103
### (415) 355-7820

**District Court/Agency:** USDC Guam
**Lower Court Number:** CR-04-00048-3-DWM
**Appeal Number:** 06-10098
**Short Title:** USA v. Dizon

**Volumes**

| | | | | |
|---|---|---|---|---|
| **Clerk's Records in:** | 2 | | 0 Certified Copy(ies) | |
| **Reporters Transcripts in:** | 2 | | | |
| **Bulky Documents in:** | 0 Envelopes | 0 Expandos | 0 Folders | 0 Boxes |
| | 0 Other | | | |
| **State Lodged Docs in:** | 0 Envelopes | Expandos | 0 Folders | 0 Boxes |
| | 0 Other | | | |

**Other:**

RECEIVED
DEC - 4 2007
DISTRICT COURT OF GUAM
HAGATNA, GUAM

Case not closed out, we may need record back if checked here: _____

Note:
THE FOLLOWING ITEMS ARE MISSING AND A SEARCH HAS BEEN PLACED.
ALL MISSING ITEMS WILL BE RETURNED AS SOON AS THEY ARE LOCATED.